UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEX WILLIAM BERNARD                            CIVIL ACTION

VERSUS                                          NO. 14-741

MARLIN GUSMAN, ORLEANS PARISH                   SECTION "J" (5)
SHERIFF'S OFFICE

## ORDER AND REASONS

Plaintiff, Alex William Bernard, is a pretrial detainee incarcerated in the Orleans Parish Prison. He submitted this *pro se* complaint pursuant to Title 42 U.S.C. § 1983 against Sheriff Gusman and the Orleans Parish Sheriff's Office, alleging that he was denied food, clean clothing, adequate bedding, hot water, a toothbrush and toothpaste for four days in February 2014. (Rec. Doc. #1, Complaint, p. 5). He seeks monetary compensation. With his complaint, Bernard filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. This is a non-dispositive pretrial matter which was referred to the undersigned United States Magistrate Judge pursuant to Local Rule 72.1B(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, now codified at Title 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was

dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Bernard has submitted numerous *pro se* and *in forma pauperis* civil rights complaints in the federal courts while he was incarcerated. The court's records establish that at least three of his prior complaints were dismissed as frivolous and/or for failure to state a claim. Those prior actions include: *Alex William Bernard v. Charles C. Foti, Jr., et al.*, Civil Action No. 88-5574 "L"(6) (E.D. La.); *Alex Bernard v. Charles C. Foti, Jr., et al.*, 89-2499 "J"(6) (E.D. La.); *Alex William Bernard v. J. Turner, et al.*, Civil Action No. 95-723 (M.D. La.).[1] Plaintiff has not alleged, nor does his complaint demonstrate, that he is in imminent danger of serious physical injury. For the foregoing reasons,

**IT IS ORDERED** that plaintiff's motion to proceed *in forma pauperis* is **DENIED** pursuant to Title 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 3rd day of April, 2014.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has also been denied pauper status in this Court under 28 U.S.C. §1915(g). *See Alex William Bernard v. Charles C. Foti, Jr., et al.*, Civil Action No. 03-0325 "B"(3).